

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2016

No. 04-14-00905-CV

**ESCONDIDO RESOURCES II, LLC**,
Appellant

v.

**JUSTAPOR RANCH, L.C.**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV7-001396-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court